IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI COOK, | |
|     Plaintiff, | Court No. 2:06-CV-640 TS |
| v. | ORDER GRANTING REMAND AND REMANDING CASE |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
|     Defendant. | Honorable Ted Stewart |

Based upon Defendant's Motion To Remand Pursuant to 42 U.S.C. § 405(g) and good cause appearing therefor, it is therefore

ORDERED that Defendant's Motion is granted and pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Commissioner for further administrative proceedings. It is further

ORDERED that judgment shall be entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in Shalala v. Schaefer, 509 U.S. 292, 296-302 (1993). Accordingly, this action shall be dismissed..

DATED this 15th day of February, 2007.

BY THE COURT:

_____
Honorable Ted Stewart

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).